# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 06/17/2022 02:59 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Bolden,Deputy Clerk
22STCV19703

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

|  | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Paramount Pictures Corporation, a Delaware corporation;
ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JOE GREGORY CARLINI, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO!* Lo han demandado.  Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: *(El nombre y dirección de la corte es)*: Los Angeles County Superior Court | CASE NUMBER: *(Número del Caso):* 22STCV19703 |
|---|---|

111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Roger N. Behle, Jr., 15 West Carrillo Street, Santa Barbara, CA 93101, (714) 556-1700

| DATE: 06/17/2022 *(Fecha)* | Sherri R. Carter Executive Officer / Clerk of Court | Clerk, by *(Secretario)* | S. Bolden | , Deputy *(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| SHORT TITLE:<br>Carlini v. Paramount Pictures Corporation, et al. | CASE NUMBER:<br>22STCV19703 |
|---|---|

### INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

WILL PACKER PRODUCTIONS, INC., a California corporation; BLACK ENTERTAINMENT TELEVISION, LLC, a district of Columbia limited liability corporation; TINA GORDON CHISM, an individual; PETER HYUCK, an individual; ALEX GREGORY, an individual; JAS WATERS, an individual; WILL PACKER, an individual; JAMES LOPEZ, an individual; GARY OWEN, an individual; BRYAN RUSSELL, an individual; and DOES 1 through 100, inclusive

Page ___1___ of ___1___

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT A                                    Page 12

Electronically FILED by Superior Court of California, County of Los Angeles on 06/15/2022 09:49 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk
22STCV19703

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Gail Killefer

1    Roger N. Behle, Jr., SBN 174755
rbehle@foleybezek.com
2    Robert A. Curtis, SBN 203870
rcurtis@foleybezek.com
3    Jordan A. Liebman, SBN 317930
liebman@foleybezek.com
4    **FOLEY BEZEK BEHLE & CURTIS, LLP**
5    15 West Carrillo Street
Santa Barbara, CA 93101
6    Tel:   (714) 556-1700
Fax:   (714) 546-5005
7    *Attorneys for Plaintiff*

8

9          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10          **FOR THE COUNTY OF LOS ANGELES**

11

12    JOE GREGORY CARLINI, an individual,    Case No.: 22STCV19703

13          Plaintiff,

14                **COMPLAINT FOR:**
      v.
15             **1. UNFAIR COMPETITION (CAL. BUS. &**
    PARAMOUNT PICTURES          **PROF. CODE SECTION 17200, ET**
16    CORPORATION, a Delaware corporation;    **SEQ.); AND**
    WILL PACKER PRODUCTIONS, INC., a
17    California corporation; BLACK       **2. BREACH OF IMPLIED-IN-FACT**
    ENTERTAINMENT TELEVISION, LLC, a    **CONTRACT**
18    district of Columbia limited liability
    corporation; TINA GORDON CHISM, an
19    individual; PETER HYUCK, an individual;    **JURY TRIAL DEMANDED**
    ALEX GREGORY, an individual; JAS
20    WATERS, an individual; WILL PACKER,
    an individual; JAMES LOPEZ, an
21    individual; GARY OWEN, an individual;
    BRYAN RUSSELL, an individual; and
22    DOES 1 through 100, inclusive,

23

24          Defendants.

25

26

27

28

<div align="center">

1

**COMPLAINT**

</div>

1    Plaintiff JOE GREGORY CARLINI ("Carlini" or "Plaintiff"), by and through his
2    undersigned attorneys, hereby demands a jury trial, and for his Complaint against PARAMOUNT
3    PICTURES CORPORATION, a Delaware corporation ("Paramount"), WILL PACKER
4    PRODUCTIONS, INC., a California corporation ("WPP"), BLACK ENTERTAINMENT
5    TELEVISION, LLC, a district of Columbia limited liability corporation ("BET"), TINA
6    GORDON CHISM, an individual ("Chism"); PETER HYUCK, an individual ("Hyuck") ALEX
7    GREGORY, an individual ("Gregory"), JAS WATERS, an individual ("Waters"), WILL
8    PACKER, an individual ("Packer"), JAMES LOPEZ, an individual ("Lopez"), GARY OWEN,
9    an individual ("Owen"), BRYAN RUSSELL, an individual ("Russell"),  and DOES 1 through
10   100, inclusive (collectively "Defendants"), alleges as follows:

## PARTIES

11

12   1.    Plaintiff Joe Gregory Carlini is a California resident living in Hollywood,
13   California. Carlini is an author and screenwriter.

14   2.    Defendant Paramount Pictures Corporation is a Delaware corporation with its
15   headquarters and principal place of business in Los Angeles County, California.

16   3.    Defendant Will Packer Productions, Inc. is a California corporation with its
17   headquarters in Los Angeles County, California.

18   4.    Defendant Black Entertainment Television, LLC, is a District of Columbia limited
19   liability corporation doing business in Los Angeles County, California.

20   5.    Defendant Tina Gordon Chism is an individual believed to have performed the
21   acts and omissions herein referenced in the County of Los Angeles, State of California.

22   6.    Defendant Peter Hyuck is an individual believed to have performed the acts and
23   omissions herein referenced in the County of Los Angeles, State of California.

24   7.    Defendant Alex Gregory is an individual believed to have performed the acts and
25   omissions herein referenced in the County of Los Angeles, State of California.

26   8.    Defendant Jas Waters is an individual believed to have performed the acts and
27   omissions herein referenced in the County of Los Angeles, State of California.

28

EXHIBIT A                                    Page 14

9.     Defendant Will Packer is an individual believed to have performed the acts and omissions herein referenced in the County of Los Angeles, State of California.

10.    Defendant James Lopez is an individual believed to have performed the acts and omissions herein referenced in the County of Los Angeles, State of California.

11.    Defendant Gary Owen is an individual believed to have performed the acts and omissions herein referenced in the County of Los Angeles, State of California.

12.    Defendant Bryan Russell is an individual believed to have performed the acts and omissions herein referenced in the County of Los Angeles, State of California.

13.    The true names and capacities, whether individual, corporate, partnership, associate, agent, employee, or otherwise of defendants named in this complaint as Does 1 through 100, inclusive (the "Doe Defendants"), are unknown to Plaintiff, who therefore sues such defendants by such fictitious names. Plaintiff will amend this complaint to allege the true names and capacities of the Doe Defendants when he has ascertained the same.

Plaintiff is informed and believes, and on that basis alleges that, at all relevant times, the Doe Defendants were responsible in some manner for the conduct herein alleged and proximately caused Plaintiff's damages. Plaintiff is informed and believes, and on that basis alleges that, at all relevant times, the Doe Defendants were the agents of, and/or were acting in concert with, each of the other defendants and, in doing the things alleged, were acting within the scope of such agency. Any reference to the named defendants herein shall also constitute a reference to the Doe Defendants.

## JURISDICTION AND VENUE

14.    The Superior Court of the State of California for the County of Los Angeles has jurisdiction to hear this case and venue is proper in this county because: (1) the damages sought exceed the jurisdictional minimum necessary to constitute an unlimited civil case; (2) one or more of the defendants has its principal place of business in, does business in, and/or resides in Los Angeles County; and (3) much of the conduct giving rise to the claims alleged in this Complaint occurred in Los Angeles County.

3
**COMPLAINT**

**FACTUAL BACKGROUND**

15.     Plaintiff Carlini is an author and screenwriter. Carlini has won two regional Emmy Awards and his work has been featured on major television networks throughout the United States. Additionally, Carlini sold his first feature film at the Cannes Film Festival and the same film was also exhibited in the United States.

**A.     Plaintiff's Screenplay, *What The F Is He Thinking?***

*16.*     In 2014, Plaintiff began writing an original screenplay for a feature-length film (along with David Collins ("Collins")), which had as its central plot point the idea of a woman obtaining the ability to hear men's thoughts, set against the backdrop of dating life in Los Angeles, all while trying to find truth and love. By 2015, Plaintiff and Collins had written a complete draft of the screenplay, titled *What The F Is He Thinking?* Plaintiff secured debt of over forty thousand dollars in loans to work on the project full time, and to secure investors and bring in talent, while Collins worked two jobs during the development process. Carlini also secured an angel investor of $50,000 for the production, while working on the development of What The F Is He Thinking?

17.     Evidencing the date of creation, in August 2015, Plaintiff registered *What The F Is He Thinking?* with the U.S. Copyright Office and received registration number Pau003796018. A true and correct copy of the Registration Certificate for *What The F Is He Thinking?* is attached hereto and made a part hereof as **Exhibit A**. The screenplay for *What The F Is He Thinking?* was also registered with the Writers Guild of America West.

18.     Plaintiff has never licensed or otherwise authorized anyone (including Defendants) to use the ideas contained in *What The F Is He Thinking?* for any film or television projects.

**B.     Plaintiff and Collins Shop *What The F Is He Thinking?***

19.     Starting in 2015, Plaintiff and Collins began shopping *What The F Is He Thinking?* to various production companies, studios, financers and actors. Broadly construed, "shopping" involves the process of circulating and/or pitching a project to various production companies, studios and film financers for the purpose of securing production, financing, and/or distribution of the project. Efforts are also undertaken during the shopping process to attach key talent and/or a director to the project.

20.     On February 25, 2015, Plaintiff met with Bryon Russell ("Russell"), a former professional *basketball* player, to whom Plaintiff was introduced by his friend Jarrod Bible. During this meeting, Plaintiff and Mr. Russell discussed the screenplay for *What The F Is He Thinking?*.

21.     Plaintiff told Russell that he co-wrote the script with Collins, and that he wanted to direct the film, having already directed a comedy feature-length film. Mr. Russell told Plaintiff about his friend Gary Owen ("Owen"), an actor and stand-up comedian whom Russell told Plaintiff he had been friends with since the 1990's. Russell told Plaintiff Owen was trustworthy, and that he might be someone that could help him out. Russell then gave Plaintiff Owen's personal email. Russell further told Plaintiff he would inform Owen that Plaintiff would be sending him the screenplay for the *What The F Is He Thinking?*. Plaintiff then sent an email to Owen that same day, attaching the entire screenplay for *What The F Is He Thinking?* and an outline of the business plan. Plaintiff did so on the assurances of Russell.

22.     On information and belief, Owen is a close friend of Defendant Packer. Owen also has very close connections to two of the three production companies that ultimately produced the motion picture that became known *What Men Want*, including Will Packer Productions, and BET. Gary Owen had his own show on BET titled The Gary Owen Show.

23.     On information and belief, Owen is also friends with many of the cast members, including Taraji Henson, Tracy Morgan, Wendi McLendon-Covey, Erykah Badu, and Shaquille O'Neal. Taraji Henson also served as executive producer of *What Men Want*.

24.     When Will Packer had accusations from Oscar Winning Actress Mo'nique of intimidation, bullying and trying to ruin her character, and on information and belief, the only person who publicly stood up for Will Packer was Gary Owen. Mr. Owen is who the Plaintiff sent the entire script and business spec to.

25.     In a recent interview on YouTube[1], Owen credited Will Packer as the biggest reason he's had financial success in his career.  Stating at 20:27 – "Will's my friend, I wouldn't

---

[1] https://www.youtube.com/watch?v=IqgnDaKaKnM&t=1043s, https://www.youtube.com/watch?v=z9xEl-oEX9I

have got the part. Will had to stick his neck out for me. So I was like dude when Will calls me, I'd serve coffee on his movie set if you tell me you need it." 13:39 – "I stuck up for my friend. Because he stuck up for me and got me in these movies. And I was looking up at my car and I was really noticing my house, I'm doing really well right now, and Will has a lot to do with that." 22:42 – "That's my boy, let me ask you this, if somebody put over the course of your life a million dollars in your pocket, would you stand up for him? If somebody put 500 thousand dollars under the table in your pocket… I stood up for my boy."

26.     Excerpts in greater detail from this interview are set forth in **Exhibit B**, attached hereto and made a part hereof.

27.     Plaintiff is informed and believes, and based thereon alleges, that Owen shared the ideas contained in *What the F Is He Thinking?* with Defendant Will Packer. Plaintiff further alleges on information and belief that Mr. Owen and/or Mr. Packer shared the ideas with other Defendants, and with others associated with the *What Men Want* project, in much further detail in **Exhibit C**, Gary is shown as being very connected to many of the lead actors, as well as two of the three production companies that were involved in making What Men Want. attached hereto and made a part hereof. Here are two examples of Gary Owen's connection to two of the three production companies that made What Men Want including Will Packer Productions and BET.



Gary Owen - Link to Defendants

Gary Owen with his good friend Will Packer. Will Packer Productions is one of three production companies that produced What Men Want. Oscars weekend, March 2022.

1
2
3
4
5
6
7
8
9
10
11
12



13    28.    During the shopping process, Plaintiff and Collins met with representatives of the

14  following production companies and/or studios: Weinstein Company (now Lantern

15  Entertainment), Montage Films, and Bloom (now Endeavor Content). Dan Guando, who was

16  president of productions with the Weinstein Company, was quoted on the *What The F Is He*

17  *Thinking?* concept poster, saying "I really love the story." Plaintiff also spoke with potential

18  talent, such as James Franco, Chris Pratt, King Bach, and Nick Swardson. Plaintiff and Collins

19  also provided their screenplay to an intermediary, who, Plaintiff is informed of and believes,

20  passed the screenplay on to RatPac Entertainment, a motion picture production and financing

21  company.

22    29.    The last meeting Plaintiff had with a studio representative was in July 2017, when

23  he met with a representative from Bloom (now Endeavor Content). At this meeting, Plaintiff

24  provided the screenplay and business plan for *What The F Is He Thinking?* to the representatives.

25  This was done in furtherance of facilitating a potential business relationship.

26    30.    *What The F Is He Thinking?* was not picked up by any of the production companies

27  or studios Plaintiff and Collins met with. However, key ideas from *What The F Is He Thinking?*,

28  eventually appeared in *What Men Want*, as described in detail below.

**C.      The Film, *What Men Want*.**

31.     Based on information and belief, in or about November 2017 (around two and a half years after Plaintiff copyrighted *What The F Is He Thinking?*), one or more of the Defendants approached actress Taraji Henson ("Henson") to star in a film about a woman who gains the ability to hear men's thoughts. Based on information and belief, at the time Henson was approached, there was no completed screenplay for the proposed film, which ultimately became the film, *What Men Want*. Principal photography for *What Men Want* started around five months after the meeting with Henson and started without a complete script.

32.     Paramount announced in 2017 (before it even had a script) that it was "fast-tracking" the film for release in early 2019, alleging the film to be a loose remake of the 2000 Nancy Meyers film *What Women Want*.

33.     *What Men Want* was produced by Packer, Lopez, Paramount Players (a subsidiary of Defendant Paramount), WPP, and BET, and was distributed by Paramount. The screenplay for *What Men Want* was credited to Defendants Chism, Gregory, and Hyuck.

34.     When comparing the premise and key ideas in *What The F Is He Thinking?* and those in *What Men Want*, it becomes clear that the latter was taken from the former. These same ideas appear throughout *What Men Want*, often in the same place, time and sequence as *What The F is He Thinking?* As a screenwriting rule, one page in a script equals one minute of screen time. Many of the ideas stolen from *What The F Is He Thinking? a*ppear in *What Men Want* in exactly the same time place and sequence.  Moreover, these ideas did not originate in the 2000 Paramount Comedy *What Women Want*, as Defendants have recently claimed in an attempt to conceal their theft.

35.     **Exhibit D**, attached hereto and made a part hereof, contains slides providing a direct comparison of the ideas stolen from *What The F Is He Thinking?* and re-used in *What Men Want*. The numbers in red show the total number of ideas and similarities stolen from Plaintiff's work and re-used in the Defendant's film, with the totality being over 100 comparisons. Including dialogue, jokes, characters, mood, events, logline, poster, placement of events, and situations important to the story taking place on the same page. The odds of this happening are literally

impossible. Everything shown in Exhibit D is absent from Paramount's 2000 Comedy *What Women Want*. Exhibit D shows clear and conscious evidence of copying. In further detail:

36.     In a trailer for *What Men Want*, the narrator states: "It's the question women have been asking since the dawn of time: 'what is he thinking?'"[2] This is substantially similar to the beginning of the logline and the title of Plaintiff's copyrighted work: "For thousands of years, women have wanted to know . . ." *What The F Is He Thinking?*

37.     *What Men Want* premiered in theaters in the United States on February 8, 2019. The film stars Henson as the main character, Josh Brener as the main character's sidekick, and Aldis Hodge as the main character's love interest.

38.     As of the filing of this Complaint, *What Men Want* has grossed approximately $72,216,294 from box offices worldwide.

**D.     Ideas stolen from *What The F Is He Thinking?* and re-used in *What Men Want*.**

39.     Broadly construed, *What The F Is He Thinking?* is about a young working professional woman, who—after a night of partying and drinking alcoholic beverages—hits her head. She then wakes up in the hospital and realizes that she has the power to hear men's thoughts. That power helps her navigate a world teething in sexism and misogyny, as she can now hear and understand the innermost thoughts of men who mistreat and objectify women. Additionally, the main character uses this power in various romantic situations. For example, the main character helps her close friend, a gay male, start a romantic relationship with another male who at first is believed to be straight (this happens at the friend's work). Because the main character can hear the man's thoughts, she is able to discern that he is actually attracted to men, which opens the door to a relationship with the main character's gay friend. The main character also uses her power to read a male character's mind to unveil his unfaithfulness, and a marriage is called off. As the story progresses, the main character starts a romantic relationship of her own with a well-mannered and respectful male bartender. However, the main character soon learns that simply

---

[2] *What Men Want (2019) 'What Is He Thinking?' TV Spot [HD] Starring Taraji P. Henson*, YouTube (Feb. 2, 2019), https://www.youtube.com/watch?v=KQUDTujQo3g&feature=youtu.be.

1   knowing what a man is thinking is not always the solution to her problems, as personal
2   relationships grow more complicated. The main character and the bartender have a falling-out
3   and the main character eventually annoys her friends with her antics. The main character then hits
4   her a head a second time and, after waking up in the hospital again, realizes that her power is lost
5   when she cannot hear a male doctor's thoughts. Eventually, the main character and the bartender
6   reconcile at a special event that is personally important to the bartender. The story of the main
7   character and her temporary ability to hear men's thoughts covers themes such as sexism,
8   misogyny, romantic relationships, and the value of truth, among others.

9        40.     While the above paragraph accurately summarizes the main plot, themes, dialogue,
10   mood, setting, pace, characters and sequence of events from Plaintiff's copyrighted screenplay,
11   *What The F Is He Thinking?,* it also accurately summarizes those same elements from Defendants'
12   film, *What Men Want*. Indeed, the main plot, themes, dialogue, mood, setting, pace, characters
13   and sequence of events from Plaintiff's copyrighted screenplay, *What The F Is He Thinking?* are
14   substantially and/or strikingly similar to those in the film, *What Men Want*, as follows.

15        41.     Both *What The F Is He Thinking?* and *What Men Want* feature substantially and/or
16   strikingly similar plots, settings, sequences of events, characters, moods, dialogue, pace and
17   themes.

18        42.     In the beginning of *What The F Is He Thinking?*, the main character, Angela Smith
19   ("Angela"), *wishes* she could know what her then-fiancé, Eddie Sligh, is thinking and *wishes* she
20   better understood men. In *What Men Want*, the main character, Ali Davis ("Ali") *wishes* that she
21   can better connect with men.

22        43.     In *What The F Is He Thinking?*, Angela meets a well-mannered and respectful
23   bartender, Thomas Riley ("Thomas"), who soon becomes her love interest. Angela and Thomas
24   first meet at a restaurant that Angela frequents. Thomas serves Angela a drink, they have a
25   bonding moment, and their hands briefly touch. Thomas is raising his younger brother, who is in
26   junior high school, on his own as the brother's legal guardian. In *What Men Want*, Ali meets a
27   well-mannered and respectful bartender, Will, who soon becomes her love interest. Ali and Will
28   first meet at a restaurant that Ali frequents. Will serves Ali a drink, they have a bonding moment,

<div align="center">10<br>**COMPLAINT**</div>

1   and their hands briefly touch. Will has a young son, who he raises on his own as a single father.

2   Of all the possible careers the main character's love interest could have (there are literally

3   thousands), Defendants "chose" a bartender. There is nothing in the romantic-comedy genre that

4   required Defendants to make the main character's love interest a bartender. There are hundreds

5   of non-infringing careers for males that have been used with regularity in the romantic-comedy

6   genre. The most common examples are (1) Journalist/Writer, (2) Architect, (3) Salesman, (4)

7   Retail, (5) Businessman, (6) Artist, (7) Teacher, (8) Unemployed, (9) Advertising, (10) Musician;

8   (11) Politician, (12) Bookstore Owner.[3] "Bartenders" are not common. Indeed, Defendants

9   "choice" of making the main character's love interest a bartender is a telltale sign that Defendants

10  copied Plaintiff's script. Further, it is not coincidental that the main character in *What Men Want*

11  meets her love interest in a restaurant she frequents, while the love interest is bartending. It is

12  further evidence of copying. There are literally thousands of places Defendants could have

13  selected for this meeting to occur if they had not copied Plaintiff's script (a park, an airplane, a

14  wedding, a church/synagogue, a blind date, etc. *ad infinitum*). Further, there was nothing in the

15  romantic-comedy genre that compelled Defendants to make the main character's love interest the

16  caretaker of a young boy. Defendants made that "choice" because it was an element of Plaintiff's

17  script. Had Defendants not copied Plaintiff's script, they could have chosen to make the love

18  interest a caretaker of a daughter, a niece, an aging mother, a sickly brother, a neighbor, a stray

19  animal, etc. *ad infinitum*. Or, they could have chosen not to have the love interest care for anyone

20  at all. As to these three elements alone (career of love interest, place of meeting love interest, and

21  caretaker status of love interest), it is statistically unfathomable that Defendants randomly

22  happened to "choose" the exact same three elements that appeared in Plaintiff's script. The only

23  explanation for these same three elements appearing in *What Men Want* is copying of Plaintiff's

24  script by Defendants.

25

26

27  _____

[3] https://www.newyorker.com/humor/daily-shouts/romantic-comedy-jobs-updated-for-2016;
https://www.elitesingles.com/mag/relationship-advice/romantic-comedy-jobs;

28  https://film.avclub.com/everyone-s-an-architect-11-jobs-common-only-in-romanti-1798266423

44.     Further, In *What The F Is He Thinking?*, Angela trips and hits her head after a night of partying and heavy drinking with friends. She is at a friend's event, namely a birthday party. After the blow to the head, she wakes up in the hospital to discover that she can hear men's thoughts. In *What Men Want*, Ali trips and hits her head after a night of partying and heavy drinking with friends. She is at a friend's event, namely a bachelorette party. After the blow to the head, She wakes up in the hospital to discover that she can hear men's thoughts. Creatively, a writer could select among thousands of different methods by which a character acquires the power to hear someone's thoughts. The character could be born with the power; they could have a device implanted giving them the power; they could have a magic spell cast over them giving them the power; they could have been bitten by a radioactive spider; etc. *ad infinitum*. Instead, here, Defendants' "chosen" method by which Ali acquired the power to hear men's thoughts was exactly the same as the method chosen in Plaintiff's script – hitting her head after a night of partying and drinking with friends, celebrating a friend's event. Indeed, if Defendants' anticipated deflection of this point is to be believed – namely, that a "fowl-smelling-drug-laced-tea" gave Ali the power – there was no need for Ali to go out partying and drinking, or to hit her head. The reference to the tea given by the Psychic is how "she got the power," yet she doesn't hear any internal thoughts until a blow to the head. Nor does the Psychic gain the power by drinking the same tea. In the *What Men Want* bonus features on Blu Ray, director Adam Shankman admits Ali gained the power from a blow to the head, contradicting the story in their plot. And, beyond this, it was not the state of unconsciousness in both characters that evidences copying, it is that Defendants "chosen" method of becoming unconscious was identical. Ali could have become unconscious after drinking the tea; she could have been rendered unconscious after being electrocuted by her hairdryer; she could have lost consciousness scuba diving, etc. *ad infinitum*. Further, there was nothing in the romantic-comedy genre that required the main character in *What Men Want* to be taken to a hospital, or for that character to first realize that she has the power in the hospital. The only reason they appear in *What Men Want* is that these exact same elements appear in Plaintiff's copyrighted script.

12
**COMPLAINT**

45.     In *What The F Is He Thinking?*, the first person to learn of Angela's newfound power is her close friend, T.J., who is gay. In *What Men Want*, the first person to learn of Ali's newfound power is her close friend and assistant, Brandon, who is gay. Creatively, there are countless characters Defendants could have chosen from to be the person that first learns of the Ali's newfound power, including her father; the doctor who treated her; the psychic; a random person on the street; one of her girlfriends; her boss, etc. *ad infinitum*. That Defendants "chose" to have the main character's gay sidekick be the first person to learn of the power (which is identical to Plaintiff's script) is further evidence of copying. Moreover, in *What The F Is He Thinking?*, Angela eventually helps T.J. start a romantic relationship by informing him that the man that T.J. is romantically interested in is actually gay, and not straight as previously believed. This happens at T.J.'s work. Identically, in *What Men Want*, Ali eventually helps Brandon start a romantic relationship by informing him that the man that Brandon is romantically interested in is actually gay, and not straight as previously believed. This also happens at Brandon's work. Both Ali and Angela inform her gay sidekick that the closeted gay guy actually has a crush on him. The decision to include a gay sidekick character in a story about the power to hear the thoughts of the other sex is not an obvious one, or one common in the romantic-comedy genre. There was no such character, for example, in the movie *What Women Want*. But, beyond this, the decision to add to that sub-plot: (a) that the gay sidekick has a closeted gay love interest at his work, (b) that the main character, through her power, is able to discover that the love interest is also gay (not straight, as previously believed), (c) that the main character then assists that gay sidekick to pursue a relationship with the love interest, and (d) that the main character lets the gay sidekick know that the closeted gay guy actually has a crush on him, leading them toward becoming a couple late into the third act of the story, in the *What The F Is He Thinking?* script this takes place on page 103, and in *What Men Want* this takes place 103 minutes in. This is a one-in-a-million series of creative choices that Defendants copied from Plaintiff's script. By way of example, Defendants could have elected to give Ali a straight male assistant/confidant whom she could have helped find a good/honest girlfriend; or Defendants could have given Ali a female assistant/confidant that had a crush on a male coworker, whom Ali could have "vetted" for her

<div align="center">13</div>
<div align="center">**COMPLAINT**</div>

assistant; and she could have helped her find the right guy based on his thoughts, or Defendants could have elected to give Ali no assistant/confidant at all. Defendants took the exact same chosen expression of these characters, character traits, and sub-plot lines from Plaintiff's script is further evidence of copying.

46.     Moreover, in both stories, the main character uses her power to discover that a male character has been unfaithful in his relationship. In *What The F Is He Thinking?*, Angela reads the mind of her fiancé to discover that he has been unfaithful to her. In *What Men Want*, Ali reads the mind of the fiancé of one of her friends and discovers that the man cheated on her friend. The result of these events is the same in both stories: the marriage is called off once the fiancé's infidelity is revealed. There were countless creative options available to Defendants in which Ali could have used her power beyond revealing an unfaithful male character. For example, they could have chosen to have the male character lie about a gambling problem, a drug addiction, being fired from a job, etc. *ad infinitum*. Defendants also could have elected to have Ali use her power to, for example, discover and help a man that was contemplating suicide (like in the 2000 film *What Women Want*); help a man reconnect with an estranged child; help another woman from getting swindled by a shady businessman. The possibilities are endless. That Defendants took the exact same chosen expression of these characters, character traits, and sub-plot lines from Plaintiff's script is further evidence of copying.

47.     Moreover, in *What The F Is He Thinking?*, Angela uses her power to get close to her love interest, Thomas. However, in the second half of the story, the characters have a falling out. Nevertheless, Angela and Thomas end up getting back together at the end of the story at an event of personal significance to Thomas, his art show. In *What Men Want*, Ali uses her power to get close to her love interest, Will. However, in the second half of the story, the characters have a falling out. Nevertheless, Ali and Will end up getting back together at the end of the story at an event of personal significance to Will, his son's birthday party. As a screenwriting rule, one page equals one minute of run time. The break up in *What The F Is He Thinking?* takes place on page 83. The first time the love interests see each other after the break-up is page 104. In *What Men Want,* the break-up happens at minute 83, and the first time they see each other after the break-up

is minute 104. That is 21 pages and 21 minutes between each sequence that happens. Both taking place at the 83 and 104 mark. Both sequences are highly important to each respective story. This is further evidence of copying.

48.     In both stories, before the main character reconciles with her love interest, she loses her power after being hit in the head a second time. Both Angela and Ali realize that their power is gone when they are unable to hear the thoughts of a male doctor, as they are both by themselves in a hospital room with the doctor. Why a male doctor? Defendants could have chosen from among thousands of different settings in which the main character realizes she has lost the power. That Defendants took the exact same chosen expression of this discovery (power is gone) from Plaintiff's script is further evidence of copying.

49.     In summation, *What Men Want* clearly copies key plot elements, characters, themes, events, mood, and pace of *What The F Is He Thinking?*, including, without limitation, the following:

         a.     **Plot:** *What The F Is He Thinking?* and *What Men Want* present the same plot in the same sequence. Both stories are intended for a mature audience (*What The F Is He Thinking?* was planned for an R-rating and *What Men Want* was R-rated) and both are about a woman who: (1) wishes she can better understand men; (2) has a close friend/confidant who is gay; (3) meets a respectful and nice male bartender who stands out from the other sexist and misogynistic men in the story; (4) develops a romantic relationship with the bartender; (5) hits her head after a night of partying and heavy drinking; (6) goes to the hospital as a result of hitting her head; (7) first learns in the hospital that she has the power to hear men's thoughts; (8) uses that power to her advantage in her relationships and career; (9) uses the power to help her friends in personal and romantic relationships; (10) loses the power after hitting her head again; (11) goes to the hospital again as a result of hitting her head; (12) realizes she has lost the power in the hospital; and (13) ultimately reconciles with her love interest (the bartender) after a separation earlier in the story. These thirteen plot elements are highly specific, purposeful, and well developed and their presence in Defendants' film cannot be explained away as mere coincidence or generic plot elements.

b.  **Characters:** The lead characters in *What The F Is He Thinking?* and *What Men Want* are substantially similar.

i.  Main Characters: The main character in *What The F Is He Thinking?* is Angela, who begins the story wishing she could better understand men. The main character in *What Men Want* is Ali, who begins the story wishing she could better understand men. Both women are professionals. One is a teacher and the other is a sports agent. While the main characters have different professions, those differences are superficial. Both characters obtain the same power—to hear men's thoughts—once they fall and hit their heads after a night of heavy partying and heavy drinking with friends, celebrating a friend's event. Both Angela and Ali realize they can hear men's thoughts only after they are taken to the hospital to recover from their head injuries. Both learn they have the power in the hospital. Both characters use that power to improve their careers: Angela uses the power to better understand her students and Ali uses the power to better understand athletes. Both have a love interest who is a bartender. Both meet the bartender while he is working before they gain their power. Both have a friend who is gay, who they end up helping by identifying a gay companion, earlier believed to be straight. Both are surrounded by misogynistic men: Angela's initial boyfriend/fiancé is misogynistic and Ali's male work colleagues and superiors are misogynistic. Both use their power to get close to their respective love interests (both of whom are bartenders): Both lose their power after hitting their head a second time. Both realize they have lost their power in the hospital. Both learn they have lost their power when they cannot hear the thoughts of a male doctor in the hospital. Both ultimately reconcile with their love interest by appearing at a special event: Angela appears at Thomas' art show and Ali appears at Will's son's birthday party.

16
**COMPLAINT**

ii. <u>Sidekicks:</u> Both Angela and Ali have a witty sidekick who is gay. In *What The F Is He Thinking?*, T.J. is Angela's close friend and confidant, who learns that Angela can hear men's thoughts shortly after Angela leaves the hospital. In *What Men Want*, Brandon is Ali's friend and confidant, and learns that Ali can hear men's thoughts shortly after Ali leaves the hospital. In *What The F Is He Thinking?*, T.J. communicates directly to Angela with his thoughts instead of speaking. In *What Men Want*, Brandon communicates directly to Ali with his thoughts instead of speaking. Both T.J. and Brandon are romantically interested in a man who initially is portrayed as straight. In both works, Angela and Ali listen to the seemingly straight man's thoughts and figure out each is actually gay and has a crush on the gay sidekick. With this knowledge, T.J. starts a relationship with the man who once was believed to be straight and Brandon does the same.

iii. <u>Love interests:</u> In both *What The F Is He Thinking?* and *What Men Want*, Angela's and Ali's primary love interest is a polite and likeable bartender who stands out from the other sexist and misogynistic men present in each story. Both the love interest in *What The F Is He Thinking?*, Thomas, and the love interest in *What Men Want*, Will, are men who are raising a younger male family member on their own: Thomas is taking care of his younger brother and Will is raising his son. Both Thomas and Will have pure thoughts about Angela/Ali and become romantically interested in Angela/Ali.

c. **Events:** The events in both *What The F Is He Thinking?* and *What Men Want* are substantially the same. The only difference is that *What Men Want* has a handful of side plots related to Ali progressing in her career as a sports agent. However, that difference is superficial given the substantial and/or striking similarities between both stories in almost all other regards. Both stories contain the same primary events in the same sequence: (1) the main character is unsatisfied with her life and wishes she could understand men better, (2) the main character

<div align="center">17</div>

<div align="center">**COMPLAINT**</div>

meets her future love interest at a restaurant she goes to frequently, while the love interest is bartending (3) the main character falls and hits her head after partying and heavily drinking with her friends, at a friends event, (4) the main character wakes up at the hospital and discovers in the hospital she can hear men's thoughts, (5) the main character uses her newfound power to help herself and her friends, (6) the main character and her love interest (both bartenders) start dating, (7) Angela and Ali both spend time with the young male that the love interest takes care of, spending time bonding with them (8) the main character makes several mistakes, isolating her friends and eventually causes a falling out with her love interest, (9) the main character hits her head a second time and loses her ability to hear men's thoughts, (10) the main character makes amends with her love interest at an event important to the love interest at the end of the story. Further, there are numerous scenes and situations from *What The F Is He Thinking?* that are nearly identical to those found in *What Men Want,* including but not limited to the following: (a) a jock, whose thoughts are heard by the main character, mistakenly thinks that the main character and her gay sidekick are dating; (b) the main character shows up unexpectedly to a place where she is not welcome, and while the male character there plays it off as being okay that she is present, the main character hears his contradicting thought: "What the **** is she doing here?", on top of this Ali and Angela both achieve their goal by attending these events, with Angela's goal of finding out Eddie's faithfulness and Ali's goal on bettering her relationship with a potential client to make partner; (c) the main character overhears the thoughts of two male characters, who share the same echoing thoughts simultaneously when interacting with each other (*What the F Is He Thinking?* – Gary: "I still can't believe that kid had sex in my car." and Thomas: "I still can't believe I had sex in her Dad's car."  *What Men Want* – Karl Anthony Towns: "Kid's nervous, probably thinking 'Holy shit it's Karl Anthony Towns!'" and Jamal Barry: "Holy shit it's Karl Anthony Towns!" Both take place within the same placement in each script); (d) the main character hears her love interest's thought: "Wow, she is beautiful."; (e) in the second half of the story, the main character hears a man's thought about missing out on viewing a sporting event while sitting in a church service; (f) in *What Men Want*, after the main character's power is lost, the group of girls meet at a Mexican restaurant for "Margarita

Monday," and in *What The F Is He Thinking?,* after the main character's power is lost, the group of guys meet at a Mexican restaurant for "Taco Tuesday;" (g) after the power is lost, the main character discovers that her gay sidekick and his closeted love interest are dating; both take place on page 103 and minute 103; (h) after losing her power, the main character has a conversation with her father; (i) the main character first meets her love interest as he is bartending at a restaurant he works at; (j) the first time Ali and Angela see the love interest after their first encounter is at their work, with the young male the love interest takes care of being present in the scene; (k) an antagonist is called out in front of girls he's seeing, one being at Ali's friends' wedding, and the other at Eddie's place; (l) both have an unfaithful fiancé in each story, with a marriage being called off because of cheating, this is discovered through the power; (m) both stories include the main character helping her girl-friend, by letting them know that the guy they are interested in is a pig; (n) both stories feature a father who is overprotective of his daughter (the main character), and does not accept the love interest until he realizes the love interest is a good guy with manners; (o) both stories consist of a character trying to play off passing gas with a decoy, and this is heard through their thoughts; (p) both love interests to the main character talk about the importance of being a good person, and that's what matters; (q) as often seen in movies, the title of a film will be used within the script; the title of the Plaintiff's work is titled *What The F Is He Thinking?* When Ali first learns of her power she says "I know I always said, What Is He Thinking?"; and (r) In *What Men Want,* the break-up happens at minute 83, and the first time they see each other after the break-up is minute 104. In *What The F Is He Thinking?* the break up is page 83 and the first time they see each other after the break-up is page 104. With the screenwriting rule being one page equals one minute of run time. That is 21 pages and 21 minutes between each sequence that happens. Both taking place at the 83 and 104 mark. Both sequences are highly important to each respective story. All of these similarities are undeniable evidence of conscious copying. All of these similarities are absent in the 2000 film *What Women Want*.

d. **Mood and Pace:**

    i. <u>Mood:</u> Both *What The F Is He Thinking?* and *What Men Want* feature a woman navigating a sexist and misogynistic world. Both stories also feature sexual themes and raunchy humor.

    ii. <u>Pace:</u> Both *What The F Is He Thinking?* and *What Men Want* progress at the same pace and in the same order of main events. Coincidentally – with one page equating to approximately one minute of film run time – *What The F Is He Thinking?* Is a total of 105 pages. *What Men Want* has a run time (from the first scene of the film to the end of the last scene) of approximately 107 minutes, nearly identical in length. Many substantial scenes that are similar in *What Men Want* and *What The F Is He Thinking?* are within a few pages of each other (e.g. the scene where the main character's power is lost is one page apart from the *What The F Is He Thinking?* script (p. 90) and *What Men Want* run time (88 Minutes and 40 seconds, which, applying the screenwriting rule, would be page 89).

50. Additionally, aspects of *What Men Want* are lifted directly from the business plan for *What The F Is He Thinking?* Carlini's business plan for *What The F Is He Thinking?* included marketing the potential film with sports stars acting in cameo roles. Carlini and Collins discussed this idea with Terrell Owens (former professional football player who played in the National Football League ("NFL") and member of the Pro Football Hall of Fame), Cordarrelle Patterson (current wide receiver for the Atlanta Falcons of the NFL), and Brett Burns (professional ice hockey player who plays for the San Jose Sharks and is one of the highest paid National Hockey League ("NHL") players). *What Men Want* directly uses this idea with several current and retired professional basketball and football players playing themselves in the film, including Shaquille O'Neal, John Collins, Grant Hill, Karl-Anthony Towns, Devonte Freeman, and Lisa Leslie.

1    51.    Another example of Defendants unlawfully appropriating protectable expression

2  from *What The F Is He Thinking?* is evident in a November 2018 trailer for *What Men Want*.[4] In

3  the trailer—posted by Defendant Paramount on its YouTube channel—after the main character,

4  Ali, and her sidekick, Brandon, fully realize that Ali can read men's thoughts, Brandon tells Ali

5  that "you could use this [her power] to your advantage," to which Ali responds "you're right."

6  This is virtually identical to an exchange between the main character, Angela, and her sidekick,

7  T.J., in *What The F Is He Thinking?* In Plaintiff's copyrighted script, after Angela and T.J. fully

8  process Angela's power to read men's thoughts, T.J. tells Angela that "you can really use this

9  [Angela's power] to your advantage," to which Angela eventually responds by saying "you're

10  right."

11  **D.    While *What Men Want* Shares a Similar Title to the 2000 Film *What Women Want*,**

12  **the Substance, Themes, and Characters of *What Men Want* are not Based on that**

13  **Film.**

14    52.    When one hears the title *What Men Want*, one may recall an earlier movie with a

15  similar title, *What Women Want*. However, while *What Men Want* shares a similar title and basic

16  premise as the 2000 film, *What Women Want*, the specific elements of *What Men Want* (described

17  above) are clearly not based on that film and are instead copied from *What The F Is He Thinking?*

18  The following differences between *What Men Want* and *What Women Want* are clear:

19    a.    In *What Women Want*, the main character (played by Mel Gibson) gains the

20  power to hear women's thoughts after he is electrocuted and loses that power in the same way.

21  The main character does not hit his head to gain the power. In *What Men Want* and *What The F

22  Is He Thinking?*, the main character gains and loses her power from hitting her head.

23    b.    In *What Women Want*, the main character realizes he can hear women's

24  thoughts while at his apartment; he also realizes that he has lost his power at his co-worker's

25

26

27  ────────────────
   [4] *What Men Want (2019) - Red Band Trailer - Paramount Pictures*, YOUTUBE (Nov. 23, 2018),

28  https://www.youtube.com/watch?v=oIrQ7q0xdVc&feature=youtu.be.

1  apartment. In *What Men Want* and *What The F Is He Thinking?*, the main character realizes she

2  can hear men's thoughts and realizes she has lost her power, both while at the hospital.

3              c.    In *What Men Want* and *What The F Is He Thinking?*, both main characters

4  wish they could understand men better. There is no similar desire in *What Women Want* before

5  the main character gains his power to understand the opposite sex's thoughts.

6              d.    In *What Women Want*, the main character's power helps him overcome his

7  own sexism and misogyny. In *What Men Want* and *What The F Is He Thinking?*, the female main

8  characters must overcome the sexism and misogyny directed at them by men.

9              e.    In *What Men Want* and *What The F Is He Thinking?*, each main character has

10  a sidekick who is gay. The main characters in those stories use their powers to help their sidekicks

11  obtain romantic relationships with someone who was previously believed to be straight. This

12  storyline is completely absent from *What Women Want*.

13      53.    Furthermore, even the director of *What Men Want* admitted that the film is not a

14  copy of *What Women Want*, stating in an interview that *What Men Want* is "so not a remake."[5]

15  Additionally, several film critics have noted that, other than its title and basic premise, *What Men*

16  *Want* is not similar at all to *What Women Want*. For example, one critic noted that *What Men*

17  *Want* "doesn't borrow much more than the original film's [*What Women Want*] core premise."[6]

18  And another critic has stated:

> One of the first things to know about What Men Want is that it requires little
> familiarity with its predecessor, Nancy Meyers' 2000 Mel Gibson starrer What
> Women Want. Although the filmmakers of the update name-check screenwriters
> Cathy Yuspa and Josh Goldsmith in this feature "inspired by" Meyers' movie, they
> pretty much dispense with most of the details from the original.[7]

[5] Ali Joseph, *Taraji P. Henson in "What Men Want": Don't call it a remake of a Mel Gibson movie*, SALON (Feb. 9, 2019, 4:00 PM), https://www.salon.com/2019 /02/09/taraji-p-hensons-what-men-want-dont-call-it-a-remake-of-a-mel-gibson-movie/.

[6] Carolin Siede, *Film Review: What Men Want Flips the Script and Finds Mixed Results*, CONSEQUENCE OF SOUND (Feb. 7, 2019, 6:32 AM), https://consequenceofsound.net/2019/02/film-review-what-men-want/.

[7] Justin Lowe, *'What Men Want': Film Review*, HOLLYWOOD REPORTER (Feb. 6, 2019, 10:00 PM), https://www.hollywoodreporter.com/review/what-men-want-review-1182787.

54.     Based on the above, *What Men Want* clearly was not an adaptation or remake of *What Women Want* with a new angle or for a new audience. Instead, *What Men Want* is a completely different film with different characters, events, and themes. And the characters, events, and themes of *What Men Want* are direct copies and/or are derivative of the characters, events, and themes of *What The F Is He Thinking?*

## FIRST CLAIM FOR RELIEF

### Unfair Competition (Cal. Bus. & Prof. Code Section 17200, et seq.)

### (Against All Defendants)

55.     Plaintiff incorporates by reference all preceding paragraphs and re-alleges them here as though fully set forth herein.

56.     Section 17200 of the California Business and Professions Code prohibits unfair competition, including "any unlawful, unfair, or fraudulent business act or practice…"

57.     By engaging in the alleged conduct, Defendants have engaged in unlawful, unfair, or fraudulent business acts of unfair competition in violation of Cal. Bus. & Prof. Code Section 17200, et seq.  This conduct includes Defendants' unauthorized use of Plaintiff's copyrighted work and unlawful appropriation of Plaintiff's property.

58.     As an actual and proximate result of Defendants' unfair competition, Defendants have unjustly enriched themselves by, among other things, obtaining profits, depriving Plaintiff of the compensation to which he is rightly entitled, and taking credit for Plaintiff's original work. Plaintiff is thus entitled to restitution of such sums in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### Breach of Implied-In-Fact Contract

### (Against All Defendants)

59.     Plaintiff incorporates by reference all preceding paragraphs and re-alleges them here as though fully set forth herein.

60.     In deciding whether a contract was created, the Court will consider the conduct and relationship of the parties as well as all of the circumstances of the case. "An implied-in-fact

contract is based on the conduct of the parties." *Unilab Corporation v. Angeles-IPA*, 244 Cal. App. 4th 622, 636 (2016).

61.     In the entertainment industry, it is standard to receive compensation for the use of a party's pitched ideas. *Hutchinson v. Deutsche Bank Securities Inc.*, 647 F.3d 479, 481 (2d Cir. 2011). California has long held implied-in-fact contracts enforceable when a writer pitches an idea and a studio uses it without compensating the writer. *Desny v. Wilder*, 46 Cal. 2d 715 (1956).

62.     The circumstances of Plaintiff providing access to Plaintiff's pitch and related material shows that Plaintiff intended to pitch the project to Defendants.

63.     Defendants then used Plaintiff's pitch in the Film.

64.     Plaintiff understood at the time that fair compensation for the use of his pitch would be equivalent to the industry standard amount for compensation.  This amount will be proven at time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment, as follows:

1.     For compensatory damages in an amount according to proof at trial;

2.     For injunctive relief to enjoin Defendants' unfair business practices.

3.     For costs of suit incurred herein; and

4.     For such other and further relief as the Court may deem proper.

Dated: June 15, 2022                        FOLEY BEZEK BEHLE & CURTIS, LLP

By:   _____
          Roger N. Behle, Jr. (174755)
          Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

     Plaintiff hereby demands a Jury Trial for all claims that can be tried by a jury.

Dated: June 15, 2022              FOLEY BEZEK BEHLE & CURTIS, LLP


By: _____
                  Roger N. Behle, Jr. (174755)
                  Attorneys for Plaintiff

25
**COMPLAINT**

# EXHIBIT A

26

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesla*

United States Register of Copyrights and Director

**Registration Number**

**PAu 3-796-018**

**Effective Date of Registration:**
August 14, 2015

## Title

**Title of Work:** What The F Is He Thinking?

## Completion/Publication

**Year of Completion:** 2015

## Author

**Author:** Joe Gregory Carlini
**Author Created:** Screenwriter
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1987

**Author:** David Collins
**Author Created:** Screenwriter
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1987

## Copyright Claimant

**Copyright Claimant:** Joe Carlini
4225 Babcock Ave, Studio City, CA, 91604, United States

## Rights and Permissions

**Name:** Joe Gregory Carlini
**Email:** mysenioryear12@gmail.com
**Telephone:** (651)328-1544

## Certification

**Name:** Joe Carlini

Page 1 of 2

27



Date:    August 14, 2015

28

Page 2 of 2

# EXHIBIT B

29

https://www.youtube.com/watch?v=IqgnDaKaKnM&t=1043s

15:22 - "This next guy has changed my life more than anybody else, financially."

15:51 – "This guy came at a point in my life, I'm not going to lie, I was doing okay, it was like 5 years of my life I was running on a treadmill, I wasn't going anywhere, it was like a hamster wheel, I was still selling tickets, but not like I was hoping. But then I do this movie called Think Like A Man, then he puts me in another movie, Ride Along, then we do the sequel to Think Like A Man Too. We spent four straight summers together 2011-2014, I think we got our kids going to the same college next year."

17:10 – Gary Owen "Good friend of mine, Will Power Packer."
17:26 - Will Packer – "Thank you my friend, we still family brother."

https://www.youtube.com/watch?v=z9xEl-oEX9I

12:14 – "Will I know, Will's my friend, Will stuck his neck out for me to put me in Think Like a man, and Ride along. Screen Gems, they didn't know who I was. I didn't have to audition for that part. He called, and fought for me to be in the movie. So I thought this is a chance to fight for my boy. He took a chance on me." Gary Owen talking about Will Packer.

13:39 – "I stuck up for my friend. Because he stuck up for me and got me in these movies. And I was looking up at my car and I was really noticing my house, I'm doing really well right now, and Will has a lot to do with that"

20:27 – "Will's my friend, I wouldn't have got the part. Will had to stick his neck out for me. So I was like dude when Will calls me, I'd serve coffee on his movie set if you tell me you need it. Ride Along I had no contract when I shot the movie, it was we're going to take care of you and going to make it right, cool, and he did. He never did me wrong."

22:42 – "That's my boy, let me ask you this, if somebody put over the course of your life a million dollars in your pocket, would you stand up for him? If somebody put 500 thousand dollars under the table in your pocket… I stood up for my boy."

EXHIBIT A

# EXHIBIT C

31





45 What The F Is He Thinking?...

From: **Joe Carlini**
<carlinientertainment@gmail.com>
Date: Wed, Feb 25, 2015 at 3:41 PM
Subject: What The F Is He Thinking? Script
To: <widedouble@aol.com>

Hi Gary,

I was getting lunch with your friend today, he gave me your email. My name is Joe Carlini, I'm a director/writer from Minnesota. I attached the script and some material from my first feature film "My Senior Year". I leave town Sunday for a few weeks for some projects I'm doing in the midwest. But could meet late March. Hope you like the script, we are doing auditions at the end of April.

Best,

Joe Carlini

651-328-1544

Attached to What The F Is He Thinking? -

# Gary Owen - Link to Defendants

# Gary Owen - Link to Defendants

# Gary Owen - Link to Defendants

You, Jodi Ritacca Carlini and 88 others 20 Comments

Like Comment Share

**Joe Carlini**
February 25, 2015 · Los Angeles ·

http://youtu.be/vdPQ3QxDZ1s, so I have a film meeting with a friend of mine. To find out he's with Bryon Russell, who guarded Jordan on one of the most famous plays in NBA history. Haha crazy. Was also a great player. Nice guy.

YOUTU.BE
**1998: Jordan's Last Shot**
Michael Jordan hit the game-winning jumper over Bryon R...

Jodi Ritacca Carlini and 5 others 1 Comment

Like Comment Share

**Joe Carlini** is with **Jodi Ritacca Carlini.**
February 23, 2015 ·

I have the best Mom in the entire world 😚

Gary talks about his friend Bryan Russell extensively in a 10 minute Instagram video.

# Gary Owen - Link to Defendants

Picture is of Gary Owen from Thanksgiving in 1998, at Bryon Russell's house.

(Bryon Russell seen on the left, Gary in the center)

# Gary Owen - Link to Defendants



Gary Owen with his good friend Will Packer. Will Packer Productions is one of three production companies that produced What Men Want.

# Gary Owen - Link to Defendants



Gary Owen with Will Packer. Picture is from Oscars weekend, March 2022.

# Gary Owen - Link to Defendants



The second production company that produced What Men Want was BET. Gary Owen had a BET show, titled "The Gary Owen Show".

## Gary Owen - Link to Defendants

### Picture Taken - June 6, 2014

Taraji Henson                     Gary Owen          Will Packer



35

# Gary Owen - Link to Defendants



Gary Owen hanging out with Taraji Henson and friends, with Gary holding her foot. Photo is from May of 2013.

# Gary Owen - Link to Defendants





Gary Owen with Taraji Henson. Taraji, is the lead actor and also serves as executive producer in What Men Want.

36

# Gary Owen - Link to Defendants



Gary Owen and Tracy Morgan are stand up friends. And have done stand up events with each other. On Gary Owen's Instagram, he talked about a story hanging with Tracy Morgan.

Tracy Morgan only follows 138 people, with over 700 thousand followers. One of those 138 people he follows is Gary Owen. Tracy Morgan is on the movie poster with Taraji Henson for What Men Want.

# Gary Owen - Link to Defendants





37

# Gary Owen - Link to Defendants



Gary Owen with Erykah Badu, September 6th, 2017. A few months before the What Men Want meeting with Taraji Henson. Erykah Badu is billed fourth in the end credits of What Men Want.

# Gary Owen - Link to Defendants



Erykah Badu starring in What Men Want.

# Gary Owen - Link to Defendants



Premiere Of Screen Gems' "Think Like A Man Too" - Arrivals

HOLLYWOOD, CA - JUNE 09: Actors Wendi McLendon-Covey (L) and Gary Owen arrive for the premiere of "Think Like A Man Too" at TCL Chinese Theatre on June 9, 2014 in Hollywood, California. (Photo by Mark Sullivan/Getty Images)

Gary Owen with Wendi McLendon-Covey, arriving at the premiere of Think Like A Man Too. They both follow each other on Instagram.

# Gary Owen – Link to Defendants





Wendi McLendon-Covey in a scene from What Men Want, she plays one of Taraji Henson's characters best friends in the film.

39

# Gary Owen - Link to Defendants



Gary Owen did a show with Shaquille O'Neal called Upload. He also did a Shaquille O'Neal Stand Up All-Star Comedy tour.

# Gary Owen - Link to Defendants





"Shaq" is arguably the biggest cameo in What Men Want.

40

# Gary Owen - Link to Defendants - Instagram

| **Who Follows Gary From What Men Want** | **Who Gary follows from What Men Want** |
|---|---|
| 1. Will Packer<br>2. BET<br>3. Shaquille O'Neal<br>4. Tracy Morgan<br>5. Wendi McLendon-Covey<br>6. Erykah Badu<br>7. Phoebe Robinson | 1. Will Packer<br>2. BET<br>3. Shaquille O'Neal<br>4. Tracy Morgan<br>5. Wendi McLendon-Covey<br>6. Erykah Badu<br>7. Taraji Henson<br>8. Tamala Jones |



The Gary Owen Web Link to Defendants

41

# EXHIBIT D

42

The majority of the similarities displayed below are in the same placement in each respective script. The similarities are placed in order from beginning to the end from the draft of What The F Is He Thinking? that was copyrighted. The specific similarities referenced below are all absent from the 2000 Paramount Comedy titled What Women Want.

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • Joe Carlini and David Collins started working on What The F Is He Thinking? in February of 2014, copywriting the script August 14th of 2015. Joe and David worked on it until 2017 trying to line up investments to make What The F Is He Thinking? | • Meeting with Taraji Henson happens November of 2017, no script is completed. Filming starts 5 months later. |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 9** – (Within 10 Pages – 1) T.J. is introduced as Angela's witty gay sidekick. (2) | • **Minute 3** – (Within 10 Pages – 1) Brandon is introduced, as Ali's witty gay sidekick. (2) |

43

**What The F Is He Thinking ?**

**What Men Want**

- **Page 10** – (Within 10 Pages – 3)
- Angela shows interest into the opposite sexes internal thoughts. She wants to know her fiancés thoughts, with the feeling of being out of touch with him.

- Angela "Well I wish I knew what Eddie was thinking sometimes." (4)

- **Minute 3** – (Within 10 Pages – 3)
- Ali shows interest into the opposite sexes internal thoughts, feeling out of touch with the guy she likes that lives at her apartment.

- Ali "What's going on in his head?"(4)

**What The F Is He Thinking ?**

**What Men Want**

- **Page 14** – (Within 20 Pages – 5) Angela drinks while celebrating a friends event (6) (Birthday party). She falls and hits her head onto a hard surface (7), knocking her unconscious. (8)

- **Minute 30** – (Within 20 Pages – 5) Ali drinks while celebrating a friends event (6) (Bachelorette party). She falls and hits her head onto a hard surface (7), knocking her unconscious. (8)

44

**What The F Is He Thinking ?**

**What Men Want**

- **Page 16** – (Within 15 Pages – 9) Angela's first internal thought she hears with the power, is at a hospital. (10) She hears the thoughts of her family and a male doctor at the hospital. (11)

- **Minute 31** - (Within 15 Pages – 9) Ali's first internal thought she hears with the power, is at a hospital. (10) She hears the thoughts of her friend and a male doctor at the hospital. (11)

**What The F Is He Thinking ?**

**What Men Want**

**Page 24** - (Within 10 Pages – 12) First person to find out about Angela's power is T.J., her close friend who is gay. (13) He believes her on the super natural power she has obtained, when she reveals his internal thoughts to him. (14)

**Minute 33** – (Within 10 Pages – 12) First person to find out about Ali's power is Brandon, her close friend who is gay. (13) He believes her on the super natural power she has obtained, when she reveals his internal thoughts to him. (14)

45

**What The F Is He Thinking ?**

- **Page 25** – Angela is trying to figure out what to do with her power.

- T.J. : "But, you can really use this to your advantage." (15)

- Angela eventually agrees, saying "You're right." (16)

**What Men Want**

- https://www.youtube.com/watch?v=oIrQ7q0xdVc

- **Trailer** – 1:41 Seconds – Ali is trying to figure out what to do with her power.

- Brandon : "You know, you can use this to your advantage." (15)

- Ali : "You're right." (16)

**What The F Is He Thinking ?**

- **Page 29** – Angela's love interest, Thomas, has pure thoughts just about her. (17)

- Thomas – "Wow, she's beautiful." (18)

**What Men Want**

- **Minute 78** – Ali's love interest, Will, has pure thoughts just about her. (17)

- Will – "Wow, she is really beautiful." (18)

46

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 30** – (Within 20 Pages – 19) Angela meets Thomas while he is bartending at a restaurant that Angela frequently visits. (20) They share a bonding moment as their hands touch. (21) He then makes her a drink. (22) Thomas (The bartender) becomes her love interest. (23) | • **Minute 14** – (Within 20 Pages – 19)  Ali meets Will while he is bartending at a restaurant that Ali frequently visits. (20) They share a bonding moment as their hands touch. (21) Will makes her a drink. (22) Will (The bartender) becomes her love interest. (23) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 33** – (Within 15 Pages – 24) Angela and her friend go to a social gathering (a club) where's she's not welcome. (25)<br><br>• Eddie, her fiancé, thinks: "What the hell are they doing here?" (26)<br><br>• This is pivotal to the plot of Angela's goal to find out Eddie's unfaithfulness. (27) | • **Minute 44** – (Within 15 Pages – 24)  Ali goes to a social gathering (poker game) where she's not welcome. (25)<br><br>• Her co-worker thinks – "What the f[]k are you doing here?" (26)<br><br>• This is pivotal to the plot of Ali achieving her goal of making partner. (27) |

47

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Pages 37 and 47-48** – Angela hears the thoughts of her fiancé, which helps her discover that he is cheating on her. (28) Angela then calls off their engagement. The power helps save a marriage that shouldn't't happen. (29) | • **Minute 85-87** – Ali hears the internal thoughts of her friend's fiancé and discovers that he has been cheating on her friend. (28) The marriage is called off. The power helps save a marriage that shouldn't happen. (29) |

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Page 41** – Angela tells her friend that the guy she's interested in is no good for her. After she is able to hear his internal thoughts. (30) | • **Minute 85** – Ali tells her friend that the guy she's dating is no good for her. After she is able to hear his internal thoughts. (30) |

48

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Page 43** – (Within 15 Pages – 31) The next time Angela sees her love interest (Thomas) after their first encounter is at her work. (32) Thomas' brother (who he is the legal guardian and father figure) is present in the scene. (33) | • **Minute 55** – (Within 15 Pages – 31)  The next time Ali sees her love interest (Will) after their first encounter is at her work. (32) Will's son is present in the scene. (33) |

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Page 52** – (Within 10 Pages – 34) Angela hears T.J's secret admires thoughts. (35) Revealing that the man is actually gay and is interested in T.J. (36) The man (Brad) comes across as straight. (37)<br>• Only the power reveals that Brad is actually a closest homosexual who is interested in Angela's gay side kick T.J. (38)<br>• This takes place where T.J. works. (39) | • **Minute 60** – (Within 10 Pages – 34) Ali hears Brandon's secret admires thoughts. (35) Revealing that the man is actually gay and is interested in Brandon. (36) The man (Danny) comes across as straight. (37)<br>• Only the power reveals that he is actually a closest homosexual who is interested in Ali's gay side kick Brandon. (38)<br>• This takes place where Brandon and Ali work. (39) |

49

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 53 -** (Within 20 Pages – 40) Angela lets T.J. know that his admirer (Brad) has a crush on him. (41) With the crush (Brad) originally believed to be straight. | • **Minute 70** – (Within 20 Pages – 40) Ali lets Brandon know that his admirer (Danny) has a crush on him. (41) With the crush (Danny) originally believed to be straight. |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 54** (Within 5 pages - 42) – Angela and T.J. walk past a jock at the gym, the jock thinks she is dating her gay friend. (43)<br><br>• Jock: "Damn, she's sexy. (44) She's with her boyfriend, f[]k." (45) | • **Minute 49** (Within 5 Pages - 42) – Ali hears the thought of a jock, who thinks she is dating her gay friend Brandon. (43)<br><br>• Jock: "Damn, she's fine (44) … So sexy, shame she's with that skinny white guy." (45) |

50

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 62 -** (Within 15 Pages – 46) Angela's over protective father, initially doesn't approve of Thomas until getting to know him. (47) | • **Minute 76** – (Within 15 Pages – 46) Ali's over protective father, initially doesn't approve of Will until getting to know him. (47) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 70** – (Within 15 Pages – 48) A church service starts out with a priest preaching a sermon. (49) This is followed up with a series of internal thoughts from males. (50) | • **Minute 84** – (Within 15 Pages – 48) A church service starts out with a pastor preaching a sermon. (49) This is followed up with a series of internal thoughts from males. (50) |

51

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 71 -** (Within 15 Pages – 51) Random church attendee complains about missing the game while at the service. Angela hears this through his thoughts. (52) | • **Minute 85** – (Within 15 Pages – 51)  Random church attendee complains about missing the game while at the service. Ali hears this through his thoughts. (52) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 71** (Within 5 pages - 53) – There is an echoing internal thought between two characters. (54)<br><br>• Gary: "I still can't believe that kid had sex in my car."<br><br>• Thomas: "I still can't believe I had sex in her Dad's car." | • **Minute 66** (Within 5 pages - 53) There is an echoing internal thought between two characters. (54)<br><br>• Karl Anthony Towns: "Holy shit it's Karl Anthony Towns."<br><br>• Jamal Barry: "Holy shit it's Karl Anthony Towns." |

52

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 72** (Within 5 pages - 55) T.J. communicates through his mind to Angela. (56) | • **Minute 69/70** (Within 5 pages - 55) Brandon communicates through his mind to Ali. (56) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 75** – Thomas teaches Angela the value of being a good person and that is what matters to him. (57)<br><br>• Thomas: "If you're a good person, that's what matters to me." | • **Minute 106** – Ali tells Will what she learned from him, which is that being a good person is what matters. (57)<br><br>• Ali: "What I've learned is that winning really doesn't matter, if you're a horrible person, and you taught me that." |

53

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Page 77** – (Within 15 Pages – 58) Angela is invited to Thomas' art show. This event has personal significance to her love interest. (59) This event leads to Angela and Thomas getting back together in the stories final scene. (60) | • **Minute 65** – (Within 15 Pages – 58) Ali is invited to Will's son's birthday party. This event has personal significance to her love interest. (59) This event leads to Ali and Will getting back together in the films final scene. (60) |

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • **Page 83** – Page 83 is when the break up happens. (61)<br>• **Page 104 -** is the first time they see each other since the break up. (62)<br>• After the break up, 21 pages pass by before they see each other again. (63)<br>• The screenwriting rule is one page equals one minute of run time. With these specific sequences happening in the exact same placement. | • **Minute 83** – The break up happens at 83 Minutes. (61)<br>• **Minute 104 -** They see each other for the first time since the break up is at 104 Minutes. (62)<br>• After the break up 21 minutes pass by before the love interest see each other again. (63) |

54

**What The F Is He Thinking ?**

**What Men Want**

- **Page 90** – Eddie tries to play off passing gas with a decoy. (64) Angela hears Eddie's thoughts about trying to mask his flatulence. (65)

- **Minute 47** – Ali's boss tries to play off passing gas with a decoy. (64) Ali hears her boss' thoughts about trying to mask his flatulence. (65)

**What The F Is He Thinking ?**

**What Men Want**

- **Page 90 -** (Within 5 pages - 66) Angela loses her power due to physical trauma (67) : a car crash. Angela suffers a concussion. (68) This knocks her unconscious (69) and lands her back in the hospital. (70)

- **Minute 88/89** (Within 5 pages - 66) Ali loses her power due to physical trauma (67) : she gets hit in the head. (68) This knocks her unconscious (69) and lands her back in the hospital. (70)

55

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 92 -** (Within 5 pages - 71) Angela is by herself at the hospital (72) and realizes the power is lost when she cannot hear the male doctor's thoughts. (73) | • **Minute 89** – (Within 5 pages - 71) Ali is by herself at the hospital (72) and realizes the power is lost when she cannot hear the male doctor's thoughts. (73) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • **Page 95** – (Within 5 pages - 74) After the power is lost, a get together takes place for Taco Tuesdays at a Mexican Restaurant. (75) A guys night out. (76) | • **Minute 98** – (Within 5 pages - 74) After the power is lost, a get together takes place for Margarita Mondays at a Mexican Restaurant.(75) A girls night out. (76) |

56

**What The F Is He Thinking ?**

**What Men Want**

- **Page 102** – (Within 15 Pages – 77)  Eddie is called out in front of girls he has seen (78) and is seeing. (79)

- This occurs late into the third act (80), Eddie is the sleazy fiancé in the story. (81)

- **Minute 87** – (Within 15 Pages – 77)  James (Ali's friend's fiancé) is called out in front of girls he has seen (78) and is seeing. (79)

- This occurs in the third act (80) James is the sleazy fiancé in the story. (81)

**What The F Is He Thinking ?**

**What Men Want**

- **Page 103** – (Within 5 pages - 82) The exact page count – Towards the end of the script, it's revealed that T.J. is dating his crush (Brad) (83). Who was previously believed to be straight. The relationship is brought to fruition from the power. (84)

- **Minute 103** – (Within 5 pages - 82) Towards the end of the film, it's revealed that Brandon is dating his crush (Danny) (83). Who was previously believed to be straight. The relationship is brought to fruition from the power. (84)

57

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • The What The F Is He Thinking? Script that was copyrighted was 105 pages long. (85) | • What Men Want's run time is 107 minutes from the first scene until the last one. (85) |

| What The F Is He Thinking ? | What Men Want |
|---|---|
| • The title of Joe Carlini and David Collins comedy script is What The F Is He Thinking? (86) | • Minute 41 – This title was used when Ali is confronting her power, titles of movies are often used as a line within the film.<br><br>• Ali "I know I always said… What Is He Thinking?" (86) |

EXHIBIT A

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • Eddie is the main antagonist of the film. (87) | • Eddie gets Ali's promotion, being one of the antagonist of the film. (87) |

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • In What The F Is He Thinking? business plan, Joe and David wanted to incorporate past and present star athletes from multiple sports including Terrell Owens, Cordarrelle Patterson and Brett Burns. In which they were in talks with. (88) | • What Men Want features past and present star athletes from multiple sports. (88) |

| **What The F Is He Thinking ?** | **What Men Want** |
| --- | --- |
| • What The F Is He Thinking? wanted to use a Minnesota athlete with Cordarrelle Patterson (89), former Viking Pro Bowl player, in which Joe Carlini had several meetings with when he played in Minnesota. Meetings happened in 2014, 2015 and 2016. And a Minnesota sports team is referenced in the script with the Minnesota Vikings. (90) | • **Minute 61 and Minute 66** – What Men Want uses Minnesota athlete Karl Anthony Towns (89). Featuring a Minnesota sports team, the Minnesota Timberwolves. (90) |

60

EXHIBIT A                                    Page 72

| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • January 12th 2015, the concept poster was publicly posted on Facebook for the first time.<br><br>• February 11th, 2016 – A quote is added to the poster from Dan Guando of The Weinstein Company stating "I really loved this story."<br><br>• The poster is strikingly similar to What Men Want. Description of What The F Is He Thinking poster - Has a blue color scheme (91), girl on the left (92), with a guy on the right (93). The title is between them (94). Girl is in a thinking pose (95). Guy has his hand in his pockets (96). Similar font is used (97). | • Description for What Men Want poster – The poster that is on their Wikipedia, IMDB and was used on billboards.<br><br>• Has a blue color scheme (91), girl on the left (92), with a guy on the right (93). The title is between them (94). Girl is in a thinking pose (95). Guy appears to have his hand in his pockets (96). Similar font is used. (97) |

### Poster Similarities




| **What The F Is He Thinking ?** | **What Men Want** |
|---|---|
| • *What The F Is He Thinking?* logline (98) seen at the bottom of the concept poster – "For Thousands of years (99) women have wanted to know (100)…" with the title of the film being What The F Is He Thinking? (101) | • On YouTube – a What Men Want trailer titled "What Is He Thinking?"<br><br>• https://www.youtube.com/watch?v=KQU DTujQo3g<br><br>• This was a national TV spot in which the narrator states their logline (98) "It's the question women have been asking (100) since the dawn of time (99), What Is He Thinking?" (101) |

All of the similarities that are referenced in the side by sides were absent from What Women Want.

62

Electronically FILED by Superior Court of California, County of Los Angeles on 06/15/2022 03:03 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700    FAX NO.: (714) 546-5005<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | **FOR COURT USE ONLY** |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Carlini v. Paramount Pictures Corporation, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER:<br>22STCV19703 |
|---|---|---|---|
| ☑ **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ **Counter**  ☐ **Joinder**<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Mass tort (40) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Product liability (24) | **Real Property** | ☐ Insurance coverage claims arising from the |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | above listed provisionally complex case |
| ☐ Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☑ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel  e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence           f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):*  Two: 1. Unfair Competition; 2. Breach of Implied-In-Fact Contract
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 15, 2022
Roger N. Behle, Jr.
_____          ▶ _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all**
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**06/15/2022**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ D. Williams _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>22STCV19703 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Gail  Killefer | 37 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 06/16/2022 _____
    (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By D. Williams _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

EXHIBIT A

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

MAY 0 3 2019

Sherri R. Carter, Executive Officer/Clerk

By _____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )       FIRST AMENDED GENERAL ORDER
– MANDATORY ELECTRONIC FILING          )
FOR CIVIL                               )
                                        )
                                        )
                                        )
_____ )

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

   a) **"Bookmark"**   A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

   b) **"Efiling Portal"**   The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

   c) **"Electronic Envelope"**   A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

   d) **"Electronic Filing"**   Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

1

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

EXHIBIT A                                    Page 78

2019-GEN-014-00

e) **"Electronic Filing Service Provider"**   An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court.  (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"**   For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"**   An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"**   A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

a) Trial Court Records

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format.  Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) Represented Litigants

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) Public Notice

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs.  Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

2

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

2019-GEN-014-00

1       d) Documents in Related Cases

2          Documents in related cases must be electronically filed in the eFiling portal for that case type if

3          electronic filing has been implemented in that case type, regardless of whether the case has

4          been related to a Civil case.

5   3) EXEMPT LITIGANTS

6       a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt

7          from mandatory electronic filing requirements.

8       b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of

9          Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused

10         from filing documents electronically and be permitted to file documents by conventional

11         means if the party shows undue hardship or significant prejudice.

12  4) EXEMPT FILINGS

13      a) The following documents shall not be filed electronically:

14         i)   Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of

15             Civil Procedure sections 170.6 or 170.3;

16         ii)  Bonds/Undertaking documents;

17         iii) Trial and Evidentiary Hearing Exhibits

18         iv)  Any ex parte application that is filed concurrently with a new complaint including those

19             that will be handled by a Writs and Receivers department in the Mosk courthouse; and

20         v)   Documents submitted conditionally under seal.  The actual motion or application shall be

21             electronically filed.  A courtesy copy of the electronically filed motion or application to

22             submit documents conditionally under seal must be provided with the documents

23             submitted conditionally under seal.

24      b) Lodgments

25         Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in

26  paper form.  The actual document entitled, "Notice of Lodgment," shall be filed electronically.

27  //

28  //

EXHIBIT A           Page 80

2019-GEN-014-00

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format **when** technologically feasible without impairment of the document's image**.**

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4).  Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked.  Examples include, but are not limited to, the following:

    i)    Depositions;

    ii)    Declarations;

    iii)    Exhibits (including exhibits to declarations);

    iv)    Transcripts (including excerpts within transcripts);

    v)    Points and Authorities;

    vi)    Citations; and

    vii)    Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

g) Multiple Documents

Multiple documents relating to one case can be uploaded in one envelope transaction.

2019-GEN-014-00

h)  Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i)  Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j)  Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7)  ELECTRONIC FILING SCHEDULE

a)  Filed Date

i)  Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing.  Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted.   (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii)  Notwithstanding any other provision of this order, if a digital document is not filed in due course because of:  (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8)  EX PARTE APPLICATIONS

a)  Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

2019-GEN-014-00

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

   i)   Any printed document required pursuant to a Standing or General Order;

   ii)  Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

   iii) Pleadings and motions that include points and authorities;

   iv)  Demurrers;

   v)   Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

   vi)  Motions for Summary Judgment/Adjudication; and

   vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

2019-GEN-014-00

1    11) SIGNATURES ON ELECTRONIC FILING

2    For purposes of this General Order, all electronic filings must be in compliance with California

3    Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil

4    Division of the Los Angeles County Superior Court.

5

6        This First Amended General Order supersedes any previous order related to electronic filing,

7    and is effective immediately, and is to remain in effect until otherwise ordered by the Civil

8    Supervising Judge and/or Presiding Judge.

9

10   DATED: May 3, 2019             KEVIN C. BRAZILE

11                                                      Presiding Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7
FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

EXHIBIT A                                Page 84

 **Superior Court of California, County of Los Angeles**

---

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation**: Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation**: In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all.  Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

 **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.
 **Mediation may <u>not</u> be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**How to Arrange Mediation in Los Angeles County**

Mediation for **civil cases** is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion**. They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC)**: MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

Electronically FILED by Superior Court of California, County of Los Angeles on 06/17/2022 02:59 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Bolden,Deputy Clerk

**CM-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700    FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
|---|
| STREET ADDRESS: 1ll North Hill Street |
| MAILING ADDRESS: 1ll North Hill Street |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Stanley Mosk Courthouse |

| PLAINTIFF/PETITIONER: Joe Gregory Carlini | CASE NUMBER:<br>22STCV19703 |
|---|---|
| DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. | JUDICIAL OFFICER: |
| **NOTICE OF RELATED CASE** | DEPT.: |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1.  a.  Title: Carlini v. Paramount Pictures Corporation, et al.

    b.  Case number: 2:19-cv-08306-SB-RAO

    c.  Court: ☐ same as above

    ☑ other state or federal court *(name and address):* USDC Central District of California

    d.  Department:

    e.  Case type: ☐ limited civil  ☑ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

    f.  Filing date: September 25, 2019

    g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

    h.  Relationship of this case to the case referenced above *(check all that apply):*

    ☐ involves the same parties and is based on the same or similar claims.

    ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

    ☐ involves claims against, title to, possession of, or damages to the same property.

    ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

    ☐ Additional explanation is attached in attachment 1h

    i.  Status of case:

    ☐ pending

    ☑ dismissed  ☑ with  ☐ without prejudice

    ☐ disposed of by judgment

2.  a.  Title: Carlini v. Paramount Pictures Corporation, et al.

    b.  Case number: 21-55213

    c.  Court: ☐ same as above

    ☑ other state or federal court *(name and address):* US Court of Appeals for the Ninth Circuit

    d.  Department: n/a

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

**EXHIBIT A**                    **Page 87**

CM-015

| | |
|---|---|
| PLAINTIFF/PETITIONER: Joe Gregory Carlini | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. | |

2. *(continued)*

  e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☑ other *(specify):* Appeal

  f. Filing date: March 5, 2021

  g. Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

  h. Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

  ☐ Additional explanation is attached in attachment 2h

  i. Status of case:

  ☐ pending

  ☐ dismissed  ☐ with  ☐ without prejudice

  ☑ disposed of by judgment

3. a. Title: Carlini v. Paramount Pictures Corporation, et al.

  b. Case number: 21-1519

  c. Court: ☐ same as above

  ☑ other state or federal court *(name and address):* United States Supreme Court

  d. Department: n/a

  e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☑ other *(specify):* Petition

  f. Filing date: May 31, 2022

  g. Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

  h. Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

  ☐ Additional explanation is attached in attachment 3h

  i. Status of case:

  ☑ pending

  ☐ dismissed  ☐ with  ☐ without prejudice

  ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: June 15, 2022

Roger N. Behle, Jr.                                        ▶

_____          _____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)              (SIGNATURE OF PARTY OR ATTORNEY)

**NOTICE OF RELATED CASE**
                                                    EXHIBIT A                              Page 88

CM-015

| PLAINTIFF/PETITIONER: Joe Gregory Carlini | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party to the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1.  I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:

2.  I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one)*:
    a. ☐ deposited the sealed envelope with the United States Postal Service.
    b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3.  The *Notice of Related Case* was mailed:
    a. on *(date)*:
    b. from *(city and state)*:

4.  The envelope was addressed and mailed as follows:
    a. Name of person served:

       Street address:
       City:
       State and zip code:

    c. Name of person served:

       Street address:
       City:
       State and zip code:

    b. Name of person served:

       Street address:
       City:
       State and zip code:

    d. Name of person served:

       Street address:
       City:
       State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ►  _____
(TYPE OR PRINT NAME OF DECLARANT)                        (SIGNATURE OF DECLARANT)

**NOTICE OF RELATED CASE**
EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

06/22/2022

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ E. Avena _____ Deputy

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF:
Joe Gregory Carlini

DEFENDANT:
Paramount Pictures Corporation et al

## NOTICE OF CASE MANAGEMENT CONFERENCE

CASE NUMBER:
22STCV19703

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: | Time: | Dept.: |
|-------|-------|--------|
| 12/07/2022 | 8:30 AM | 37 |

NOTICE TO DEFENDANT:   THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: __06/22/2022__

_____ Gail Killefer / Judge _____
Judicial Officer

---

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in __Los Angeles__, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Roger Behle
15 West Carrillo Street
Santa Barbara, CA 93101

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: __06/22/2022__

By __E. Avena__
Deputy Clerk

LACIV 132 (Rev. 07/13)
LASC Approved 10-03
For Optional Use

## NOTICE OF
## CASE MANAGEMENT CONFERENCE

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter Three

EXHIBIT A                    Page 90

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
Joe Gregory Carlini

DEFENDANT/RESPONDENT:
Paramount Pictures Corporation et al

**CERTIFICATE OF MAILING**

**FILED**
Superior Court of California
County of Los Angeles

06/22/2022

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ E. Avena _____ Deputy

CASE NUMBER:
22STCV19703

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Roger  Behle
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA  93101

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 06/22/2022

By:  E. Avena
Deputy Clerk

**CERTIFICATE OF MAILING**

EXHIBIT A

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700     FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional)*: rbehle@foleybezek.com<br>ATTORNEY FOR *(Name)*: Plaintiff Joe Gregory Carlini | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse |
| PLAINTIFF/PETITIONER: Joe Gregory Carlini<br><br>DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>22STCV19703 |

TO *(insert name of party being served):* PARAMOUNT PICTURES CORPORATION

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.

2. ☑ Other *(specify)*:

Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

▶

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A        Page 92

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700   FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse |

| PLAINTIFF/PETITIONER: Joe Gregory Carlini |
|---|
| DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* PARAMOUNT PICTURES CORPORATION

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*

  Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed: August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Paramount Pictures Corporation
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

► *Harrison J. Dossick*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

**EXHIBIT A**          Page 93

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐ **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐ **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel:  (714) 556-1700 |
| 15 West Carrillo Street | Fax:  (714) 546-5005 |
| Santa Barbara, CA 93101 | Email:  rbehle@foleybezek.com |
| | Email:  rcurtis@foleybezek.com |
| | Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>　TELEPHONE NO.: (714) 556-1700　　FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>　STREET ADDRESS: 111 North Hill Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: Los Angeles, CA 90012<br>　BRANCH NAME: Stanley Mosk Courthouse |

| |
|---|
| PLAINTIFF/PETITIONER: Joe Gregory Carlini<br><br>DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>22STCV19703 |

TO *(insert name of party being served):* WILL PACKER

---

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
　　(TYPE OR PRINT NAME)　　　　　　　　　▶　　　　(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.

2. [✓] Other *(specify):*

　　Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package,
　　First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

　　　　　　　　　　　　　　　　　　　　　　▶
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,　　　　(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
　ON WHOSE BEHALF THIS FORM IS SIGNED)　　　　　　ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A　　　　　　　　Page 95

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700   FAX NO. (Optional): (714) 546-5005<br>E-MAIL ADDRESS (Optional): rbehle@foleybezek.com<br>ATTORNEY FOR (Name): Plaintiff Joe Gregory Carlini | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO (insert name of party being served): WILL PACKER

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

(To be completed by recipient):

Date this form is signed: August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Will Packer
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ Harrison J. Dossick
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A                    Page 96

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐    **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    **VIA PERSONAL SERVICE.**   By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐    **VIA OVERNIGHT DELIVERY.**   By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑    **VIA ELECTRONIC SERVICE.**   By transmitting via email to the parties at the email addresses listed below:

☐    **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq.<br>Robert A. Curtis, Esq.<br>Jordan Liebman, Esq.<br>FOLEY BEZEK BEHLE & CURTIS, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101 | Attorneys for Plaintiff<br>JOE GREGORY CARLINI<br><br>Tel:  (714) 556-1700<br>Fax:  (714) 546-5005<br>Email:  rbehle@foleybezek.com<br>Email:  rcurtis@foleybezek.com<br>Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700 FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 111 North Hill Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Stanley Mosk Courthouse |

| PLAINTIFF/PETITIONER: Joe Gregory Carlini |
|---|
| DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* BLACK ENTERTAINMENT TELEVISION, LLC

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
(TYPE OR PRINT NAME)                                    ▶                (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

                                                        ▶

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** Code of Civil Procedure,
POS-015 [Rev. January 1, 2005] §§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A                                    Page 98

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700    FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* BLACK ENTERTAINMENT TELEVISION, LLC

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

►  _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify):*

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:  August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Black Entertainment Television, LLC
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

►  *Harrison J. Dossick*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number: 22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067. On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐ **VIA U.S. MAIL.** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ **VIA PERSONAL SERVICE.** By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **VIA OVERNIGHT DELIVERY.** By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ **VIA ELECTRONIC SERVICE.** By transmitting via email to the parties at the email addresses listed below:

☐ **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.** Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel: (714) 556-1700 |
| 15 West Carrillo Street | Fax: (714) 546-5005 |
| Santa Barbara, CA 93101 | Email: rbehle@foleybezek.com |
| | Email: rcurtis@foleybezek.com |
| | Email: liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700          FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional)*: rbehle@foleybezek.com<br>ATTORNEY FOR *(Name)*: Plaintiff Joe Gregory Carlini | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
|---|---|

| PLAINTIFF/PETITIONER: Joe Gregory Carlini<br><br>DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. | |
|---|---|

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served)*: TINA GORDON CHISM

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑  A copy of the summons and of the complaint.
2. ☑  Other *(specify)*:

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient)*:

Date this form is signed:

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A                    Page 101

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700   FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* TINA GORDON CHISM

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:  August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Tina Gordon Chism
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ *Harrison J. Dossick*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

EXHIBIT A                                  Page 102

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐   **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐   **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐   **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑   **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐   **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

|  |  |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel:  (714) 556-1700 |
| 15 West Carrillo Street | Fax:  (714) 546-5005 |
| Santa Barbara, CA 93101 | Email:  rbehle@foleybezek.com |
|  | Email:  rcurtis@foleybezek.com |
|  | Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700 FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional)*: rbehle@foleybezek.com<br>ATTORNEY FOR *(Name)*: Plaintiff Joe Gregory Carlini | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse |
| PLAINTIFF/PETITIONER: Joe Gregory Carlini<br><br>DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| | |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |

TO *(insert name of party being served)*: PETER HYUCK

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____ ► _____
(TYPE OR PRINT NAME) (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*:

    Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

► 

_____ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED) ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO. (714) 556-1700   FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* PETER HYUCK

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*

Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed: August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Peter Huyck
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

► *Harrison J. Dossick*
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT A                                    Page 105

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐ **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐ **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel:  (714) 556-1700 |
| 15 West Carrillo Street | Fax:  (714) 546-5005 |
| Santa Barbara, CA 93101 | Email:  rbehle@foleybezek.com |
| | Email:  rcurtis@foleybezek.com |
| | Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>  TELEPHONE NO.: (714) 556-1700   FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | **FOR COURT USE ONLY** |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>  STREET ADDRESS: 111 North Hill Street<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Los Angeles, CA 90012<br>  BRANCH NAME: Stanley Mosk Courthouse |
| PLAINTIFF/PETITIONER: Joe Gregory Carlini<br><br>DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>22STCV19703 |

TO *(insert name of party being served):* ALEX GREGORY

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____            ►  _____
          (TYPE OR PRINT NAME)                                (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify):*

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

                                                            ►

_____            _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,         (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
     ON WHOSE BEHALF THIS FORM IS SIGNED)              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

EXHIBIT A                               Page 107

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700    FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* ALEX GREGORY

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify):*

Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:  August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Alex Gregory
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

► *Harrison J. Dossick*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT A                                        Page 108

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐ **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐ **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel:  (714) 556-1700 |
| 15 West Carrillo Street | Fax:  (714) 546-5005 |
| Santa Barbara, CA 93101 | Email:  rbehle@foleybezek.com |
| | Email:  rcurtis@foleybezek.com |
| | Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700 FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>22STCV19703 |

TO *(insert name of party being served):* WILL PACKER PRODUCTIONS, INC.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
▶
(TYPE OR PRINT NAME) (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☑ A copy of the summons and of the complaint.

2. ☑ Other *(specify):*

Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

▶

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED) ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A Page 110

POS-015

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700    FAX NO. *(Optional):* (714) 546-5005<br>E-MAIL ADDRESS *(Optional):* rbehle@foleybezek.com<br>ATTORNEY FOR *(Name):* Plaintiff Joe Gregory Carlini | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served):* WILL PACKER PRODUCTIONS, INC.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr. 
_____
(TYPE OR PRINT NAME)    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed: August 2, 2022

Harrison J. Dossick, Attorney for Defendant
Will Packer Productions, Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

*Harrison J. Dossick*
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A                    Page 111

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐   **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐   **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐   **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑   **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐   **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq.<br>Robert A. Curtis, Esq.<br>Jordan Liebman, Esq.<br>FOLEY BEZEK BEHLE & CURTIS, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101 | Attorneys for Plaintiff<br>JOE GREGORY CARLINI<br><br>Tel:  (714) 556-1700<br>Fax:  (714) 546-5005<br>Email:  rbehle@foleybezek.com<br>Email:  rcurtis@foleybezek.com<br>Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700  FAX NO. *(Optional)* (714) 546-5005<br>E-MAIL ADDRESS *(Optional)*: rbehle@foleybezek.com<br>ATTORNEY FOR *(Name)*: Plaintiff Joe Gregory Carlini | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served)*: JAMES LOPEZ

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify)*:

Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient):*

Date this form is signed:

▶

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A                    Page 113

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Roger N. Behle, Jr., SBN 174755<br>Foley Bezek Behle & Curtis, LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>TELEPHONE NO.: (714) 556-1700   FAX NO. *(Optional)*: (714) 546-5005<br>E-MAIL ADDRESS *(Optional)*: rbehle@foleybezek.com<br>ATTORNEY FOR *(Name)*: Plaintiff Joe Gregory Carlini | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Joe Gregory Carlini

DEFENDANT/RESPONDENT: Paramount Pictures Corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV19703 |
|---|---|

TO *(insert name of party being served)*: JAMES LOPEZ

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 14, 2022

Roger N. Behle, Jr.
_____
(TYPE OR PRINT NAME)

►

_____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*:

   Notice of Related Case, Notice of Case Assignment, Civil Case Cover Sheet, ADR Package, First Amended General Order, Notice of Case Management Conference

*(To be completed by recipient)*:

Date this form is signed: August 2, 2022

Harrison J. Dossick, Attorney for Defendant
James Lopez
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

*Harrison J. Dossick*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT A

**PROOF OF SERVICE**

*Joe Gregory Carlini v. Paramount Pictures Corporation*
LASC - Central District Case Number:  22STCV19703

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067.  On August 2, 2022, I served the following document(s) by the method indicated below:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

☐   **VIA U.S. MAIL**.  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐   **VIA PERSONAL SERVICE.**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery ***VIA MESSENGER*** of the envelope(s) to the person(s) at the address(es) set forth below.

☐   **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑   **VIA ELECTRONIC SERVICE.**  By transmitting via email to the parties at the email addresses listed below:

☐   **VIA THE COURT'S ELECTRONIC SERVICE PROVIDER.**  Pursuant to Local Rule, I caused this document to be electronically filed with the Clerk of the Court using the Court's E-Filing System, which sent notification of such filing and service to the interested parties appearing on the electronic service list for the above-referenced case.

| | |
|---|---|
| Roger N. Behle, Jr., Esq. | Attorneys for Plaintiff |
| Robert A. Curtis, Esq. | JOE GREGORY CARLINI |
| Jordan Liebman, Esq. | |
| FOLEY BEZEK BEHLE & CURTIS, LLP | Tel:  (714) 556-1700 |
| 15 West Carrillo Street | Fax:  (714) 546-5005 |
| Santa Barbara, CA 93101 | Email:  rbehle@foleybezek.com |
| | Email:  rcurtis@foleybezek.com |
| | Email:  liebman@foleybezek.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 2, 2022, at Los Angeles, California.

*Aida Turner*
Aida Turner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware