JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GREGORY CARLINI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WILL PACKER PRODUCTIONS, INC., a California corporation; BLACK ENTERTAINMENT TELEVISION, LLC, a district of Columbia limited liability corporation; TINA GORDON CHISM, an individual; PETER HYUCK, an individual; ALEX GREGORY, an individual; JAS WATERS, an individual; WILL PACKER, an individual; JAMES LOPEZ, an individual; GARY OWEN, an individual; BRYAN RUSSELL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06230-SB-RAO<br><br>Judge:  Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING STIPULATION TO DISMISS UNFAIR COMPETITION CLAIM WITH PREJUDICE AND REMAND REMAINING CLAIM TO STATE COURT** |

# ORDER

Based on the Parties' Stipulation, Dkt. No. 30, it is hereby **ORDERED** that:

(1) Plaintiff's claim for Unfair Competition (Cal. Bus. & Prof. Code Section 17200, et seq.) is hereby dismissed with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

(2) Plaintiff's remaining claim for Breach of Implied-In-Fact Contract against the Defendants is hereby remanded to the Superior Court of the State of California, Los Angeles County (State Court);

(3) Plaintiff's Motion to Remand is hereby deemed moot and has been withdrawn;

(4) The hearing on the Legacy Defendants'[1] Motion to Dismiss is hereby deemed moot and is vacated without prejudice to Legacy Defendants' retaining the right to file any motion or demurrer seeking dismissal of Plaintiff's Complaint in State Court;

(5) The hearing on Defendant Owen's Motion to Dismiss is hereby vacated without prejudice to Owen retaining the right to file any motion or demurrer seeking dismissal of Plaintiff's Complaint in State Court;

(6) All pending hearing dates and other dates in this Court are hereby vacated; and

(7) Each Party shall bear their own costs and attorneys' fees incurred in connection with all proceedings in this Court.

DATED: October 11, 2022

_____
Stanley Blumenfeld, Jr.
District Court Judge

---

[1] The Legacy Defendants are Paramount Pictures Corporation, Will Packer Productions, Inc., Black Entertainment Television, LLC, Tina Gordon Chism, Peter Hyuck, Alex Gregory, Will Packer, and James Lopez.